989 A.2d 341

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Wendy R. DYER, Petitioner.**

Supreme Court of Pennsylvania.

Feb. 17, 2010.

## ***ORDER***

PER CURIAM.

AND NOW, this 17th day of February, 2010, the Petition for Allowance of Appeal is **GRANTED,** the order of the Superior Court is **VACATED,** and the case is **REMANDED** for reconsideration in light of *Commonwealth v. Haag,* 603 Pa. 46, 981 A.2d 902 (2009).

Justice ORIE MELVIN did not participate in the consideration or decision of this matter.